B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Wendy Carol Lee | **DEFENDANTS**<br>Nelnet<br>121 South 13th St Ste 201<br>Lincoln NE 68508 |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Wendy C Lee  619-318-3650<br>2473 Market St San Diego Ca 92102 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☑ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Discharge pursuant to 11 USC §523(a)(8)

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☑ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Wendy Carol Lee | BANKRUPTCY CASE NO. | | |
| DISTRICT IN WHICH CASE IS PENDING<br>Southern | DIVISION OFFICE<br>San Diego | NAME OF JUDGE | |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF<br>Wendy Carol Lee | DEFENDANT<br>Nelnet | ADVERSARY PROCEEDING NO. | |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE | |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*Wendy Lee* | | | |
| DATE<br>7.2.25 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Wendy Lee | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

1  Wendy Carol Lee xxx-xx-3650

2  2473 Market St

3  San Diego CA 92102

4  619-318-3650 wendycarollee@aol.com

FILED

2025 SEP -2 PM 2:44

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

United States Bankruptcy Court

For the Southern District of California San Diego

11 U.S.C. §523(a)(8)

| | |
|---|---|
| In Re Wendy Carol Lee Debtor | Complaint to Determine Dischargeability Pursuant to |
| Wendy Carol Lee Plaintiff Debtor | 11 U.S.C. §523(a)(8) |
| vs. | Case No. 23-00106-LT7 |
| Nelnet Defendant Creditor | Adversary Case No. |

18  Jurisdiction: On 01/20/23 debtor Wendy Carol Lee filed Chapter 7 Bankruptcy in the United States

19  Bankruptcy Court or the Southern District of California San Diego. The case was discharged on 04/18/24.

20  This is an adversary proceeding brought under the Bankruptcy Code, 11 U.S.C. §523(a)(8)(A)(i) and (B)

21  determine the dischargeability of qualified education loans as defined in 23 USC §221(d)(1).

22  The Defendant, Nelnet is a service company specializing in consumer finance and is a corporation

23  with its principal place of business located at 121 South 13th Street, Suite 201, Lincoln, Nebraska 68508.

24  ///

25  ///

26  ///

27  ///

28  ///

| SHORT TITLE: United States Bankruptcy Court v Wendy Lee | CASE NUMBER: 23-00106-LT7 |
|---|---|

Facts:

09/05/2023, Debtor reopened the Bankruptcy case to file the Financial Management Certificate and also file an Amendment to Balance of Schedules D-F, and/or list of Creditors or Equity Holders adding Nelnet as a creditor. There was no opposition filed.

The discharge was ordered on 04/18/24. As of this date creditor Nelnet has refused to comply with the order of discharge. Per my conversation with the creditor they requested my bankruptcy documents emailed. On 8/13/2024 at 8:18 AM I emailed the documents to the On 8/13/2024 at 8:18 AM to the claims department. Upon viewing the documents NelNet stated they will not discharge the debt without a court order.

Claim(s) for Relief:

11 U.S. Code § 523 (8) - Exceptions to discharge states that student loans and other educational debts can be discharged if it would impose an undue hardship on the debtor. I am unable to work in my profession as a Paralegal due to serious medical conditions and disability. Because of recent hospital admissions and stay, I have been accumulating medical expenses Repayment of my student will impose an undue hardship. The current balance on the loan is $110,665.68. I will never come close to paying off the debt at my age as a senior citizen. NelNet upon receiving my documents, which included all my medical conditions, stipulated they upon receiving a court order, will discharge the debt,

Request for Relief:

I am requesting the court to discharge my student loan pursuant to 11 USC § 523(a)(8) because repayment will be an undue hardship.

WHEREFORE, the Plaintiff respectfully prays the Court declare the subject student loans dischargeable under 11 U.S.C. §523(a)(8), and further relief as the Court may deem just and proper.

Respectfully submitted, Wendy Carol Lee xxx-xx-3909

2473 Market St San Diego CA 92102

wendycarollee@aol.com 619-318-3650

*Wendy Lee 6.27.25*

Page 2 of 2